R. T. HEATON AND D. F. MEHAFFEY v. S. J. CALHOUN
AND G. I. CALHOUN.

(Filed 19 December, 1924.)

APPEAL by defendant, G. I. Calhoun, from *Ray, J.,* and a jury, August Term, 1924, of CHEROKEE.

*D. H. Tillett and D. Witherspoon for plaintiffs.*
*Moody & Moody for defendant.*

PER CURIAM. We have heard the arguments of counsel on both sides in this case, and read carefully the record and briefs. We think it was a question of fact for the jury to determine. We can find no reversible or prejudicial error.

No error.

H. H. TABOR ET AL. v. W. A. BURNETT ET AL.

(Filed 19 December, 1924.)

APPEAL by plaintiffs from *McElroy, J.,* at April Term, 1924, of MACON.

Civil action in ejectment and to recover damages for wrongful possession.

From a verdict and judgment in favor of defendants, the plaintiffs appeal.

*T. J. Johnson and A. W. Horn for plaintiffs.*
*Ray & Ray and R. D. Sisk for defendants.*

PER CURIAM. Plaintiffs *in limine* lodge a motion for a new trial upon the ground of newly discovered evidence. It is alleged that the information, which plaintiffs consider vital and important to their cause, came to their attention after the adjournment of the term of court at which the case was tried, and after the appeal was docketed here. *Allen v. Gooding,* 174 N. C., 271. The showing made by plaintiffs in this respect seems to meet the requirements laid down in *Johnson v. R. R.,* 163 N. C., p. 453, for the granting of new trials upon the ground of newly discovered evidence. Upon this ground, the cause will be remanded for another hearing.

New trial.